# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO.: 19-414 |
| | : | |
| v. | : | |
| | : | |
| **IMAD DAWARA** | : | |

## DEFENDANT IMAD DAWARA'S SECOND SUPPLEMENTAL MOTION FOR DeNOVO REVIEW OF MAGISTRATE JUDGE RICE'S DETENTION ORDER

Defendant, Imad Dawara, by and through his counsel, Stephen P. Patrizio, Esquire, hereby supplements his previously filed Motion for DeNovo Review of Detention Order by supplying the following Exhibit concerning TD Bank's Debit Card Overdraft Fee Litigation:

Exhibit "S" – Article concerning TD Bank's Debit Card Overdraft Fee Litigation.

Respectfully submitted,

Spp8973

_____
STEPHEN P. PATRIZIO, ESQUIRE
Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I certify that on this day, I filed the instant Second Supplemental Motion for Pretrial Release via email through the Court's electronic filing system on the appropriate parties, including:

Janine Linehan, Esquire
Assistant United States Attorney
615 Chestnut Street
Philadelphia, PA 19106

Katherine Driscoll, Esquire
Assistant United States Attorney
615 Chestnut Street
Philadelphia, PA 19106

Spp8973

_____
STEPHEN P. PATRIZIO, ESQUIRE

DATED: May 4, 2020