IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          Case #2:19-cr-00414-JS-1
                                  :
IMAD DAWARA                       :

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of the Defendant, IMAD DAWARA, in the above-captioned matter.


                            ***/s/ Todd Edward Henry***
                         THE HENRY LAW FIRM
                         By:  Todd Edward Henry, Esquire
                         1500 Walnut Street, Suite 1060
                         Philadelphia, PA  19102
                         (215) 545-7100
                         (215) 545-6611 (fax)
                         dlombardo@thehenryfirm.biz

DATED:  July 6, 2020