# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| v. | : | 19-414-01 |
| | | 20-104-01 |
| **IMAD DAWARA** | : | |

# **O R D E R**

AND NOW, this 14th day of August, 2023, upon consideration of the Government's Motion for Extension of Time to respond to Defendant Imad Dawara's pro se Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A), the Motion (Document Nos. 111 and 53) is GRANTED. The Government shall respond by no later than August 25, 2023.

    /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.