IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 19-414-1 and 20-104-1 |
| | : | |
| IMAD DAWARA #69939-066<br>FCI Fort Dix<br>Federal Correctional Institution<br>P.O. Box 2000<br>Joint Base MD, NJ 08640 | : | |

**O R D E R**

AND NOW, this 27th day of June, 2024, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the Warden of FCI Fort Dix and the United States Marshal(s) for the Eastern District of Pennsylvania produce before this Court the body of IMAD DAWARA #69939-066 on July 17, 2024 at 11:00 A.M. before the Honorable Juan R. Sánchez to appear for a Motion for Compassionate Release in the above-captioned matter, and that immediately upon termination of the said proceedings, he be delivered into the custody of the said superintendent of the said institution.

BY THE COURT:

_____
Juan R. Sánchez, J.

cc:  U.S. Marshal (2)

| 6/27/2024 | NED |
|---|---|
| DATE | By Whom |

Cr 2 (8/80)