IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Date of Notice: |
| : | June 27, 2024 |
| vs. : | |
| : | Criminal No.  19-414-1 and 20-104-1 |
| IMAD DAWARA #69939-066 : | |
| FCI Ft. Dix : | |
| Federal Correctional Institution : | |
| P.O. Box 2000 | |
| Joint Base MDL, NJ  08640 : | |
| **FEDERAL CUSTODY** : | |

## NOTICE

**TAKE NOTICE** that the above-entitled case has been set for **Motion for Compassionate Release** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **Wednesday, July 17, 2024,** at **11:00 A.M.** before the Honorable Juan R. Sánchez, in **Courtroom 14B.**

**ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

/s/Nancy E. DeLisle

Nancy E. DeLisle
Deputy Clerk to Judge Sánchez
267-299-7789

.
NO INTERPRETER REQUIRED

Notice to:
| | |
|---|---|
| Defendant | (via MAIL) |
| Defense Attorney | (via EMAIL) |
| AUSA | (via EMAIL) |
| U.S. Marshal | (via EMAIL) |
| Probation Office | (via EMAIL) |
| Pretrial Services | (via EMAIL) |
| Interpreter Coordinator | (via EMAIL) |