IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | Nos. 19-414-01 and 20-104-01 |
| | : | |
| IMAD DAWARA | : | |

**ORDER**

AND NOW, this 11th day of December, 2024, upon consideration of Defendant Imad Dawara's pro se Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 108) and his counseled supplemental briefing (ECF No. 121), it is hereby ORDERED the Motion is DENIED for the reasons stated in the accompanying memorandum.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.